UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE CONNECTICUT PRISON OVERCROWDING AND AIDS CASES : | MASTER FILE NO. H-80-506 (RNC) CIVIL NO. H-88-562 (JGM) |
| DAVID DOE, ET AL. : | |
| v. : | |
| LARRY MEACHUM, ET AL. : | JUNE 3, 2004 |

### ORDER

Pursuant to ¶ 127 of the Consent Judgment dated November 2, 1990, and the Court's Ruling setting the Hourly Rate for the Agreement Monitoring Panel, dated May 9, 1991, it is hereby ordered that the State of Connecticut shall reimburse the Monitoring Panel Member, Edward A. Blanchette, M.D., in the above-captioned case for fees for services rendered from May 10, 2001 to October 3, 2001, in the amount of $8,575.00, as reflected in the bill submitted by Edward A. Blanchette, M.D.

The State of Connecticut shall pay forthwith Edward A. Blanchette, M.D., the sum of $8,575.00. SO ORDERED

Dated at New Haven, Connecticut, this 4th day of June, 2004.

Joan Glazer Margolis
United States Magistrate Judge



| | | |
|---|---|---|
| **RICHARD BLUMENTHAL**<br>ATTORNEY GENERAL | | MacKenzie Hall<br>110 Sherman Street<br>Hartford, CT 06105-2294 |

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

June 3, 2004

**RECEIVED**
**JUN 04 2004**
CHAMBERS JOAN G. MARGOLIS
U.S. MAGISTRATE JUDGE
NEW HAVEN, CONNECTICUT

Honorable Joan Glazer Margolis
United States Magistrate Judge
United States District Court
141 Church Street
New Haven, CT 06510

Re:   **Payment of Monitoring Panel in**
      **Doe v. Meachum, H-80-506**

Dear Magistrate Judge Margolis:

Enclosed for your signature is a draft Order directing payment to Edward A. Blanchette, M.D., for $8,575.00 for his professional services rendered from May 10, 2001 to October 3, 2001, in the above-captioned case.

I have also enclosed the back-up billing from Dr. Blanchette requesting payment in connection with ¶ 127 of the Consent Judgment dated November 2, 1990.

Please return the signed Order and the underlying billing to my attention so that I can process payment for this expert. If I can be of further assistance to the Court regarding the matter of payment to this expert, please do not hesitate to contact me.

Thank you for your assistance.

Very truly yours,

*Steven R. Strom*
Steven R. Strom
Assistant Attorney General

SRS/bmw

Enclosures

# Edward A. Blanchette, MD
SSN 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

PAGE 1

## DOE v. MEACHUM
### AGREEMENT MONITORING PANEL - INVOICE FOR CALENDAR YEAR 2001

| | TOTAL HOURS | HOURLY RATE | TOTAL CHARGE |
|---|---|---|---|
| **May 10, 2001** On-site AMP visit with Dr. Cohen at CRCI….left Glastonbury at 8:30 AM, picked up Dr. Cohen at Union Station, Hartford - drove to CRCI - interviewed several inmates, met with ID nurse Janet Cook, reviewed medication ordering + distribution issues, interviewed Dr. John Gittzus on multiple issues, reviewed several URC issues involving HIV-infected pts Traveled Bridgeport CC to interview Stanley Laws # 62392 at 6:30 PM | 10.00 | $175/hr | $1,750.00 |
| **May 17, 2001** On-site AMP visit with Dr. Cohen at Hartford CC….left Glastonbury 8:30 AM, picked up Dr. Cohen at Union Station, Hartford - drove to Hartford CC - interviewed several HCC health staff personnel, Mary Marto, ID Nurse Anne-Marie, Belinda Billrue, Dr. McKenna, & various custodial officers - chart reviews performed …returned to Glastonbury at 5:30 PM | 9.00 | $175/hr | $1,575.00 |
| **October 3, 2001** On-site AMP visit with Dr. Cohen at Garner CC….left Glastonbury 7:00 AI picked up Dr. Cohen at Bridgeport Train Depot, traveled to Garner….met with Garner Warden, Health Care Administrators, CHNS, Sandi Tanguay, reviewed multiple medical charts…then traveled back to Bridgeport Train Station, then returned to Glastonbury at 6 PM | 11.00 | $175/hr | $1,925.00 |
| Review of Materials submitted by Quality Assurance, including QA reports on all DOC facilities, Telephone consultations with Dr. Cohen & generation of AMP report drafts, generation of final AMP report, review of inmate correspondence relating to HIV medical care | 14.00 | $175/hr | $2,450.00 |
| Review of Pharmacy Protocols, including medication dispensation, contingency medications, ordering protocol, medication error data, and inmate complaints concerning pharmacy issu | 5.00 | $175/hr | $875.00 |
| **TOTAL BALANCE DUE** | | | **$8,575.00** |

PLEASE SEND BALANCE DUE TO THE ADDRESS BELOW:

EDWARD A. BLANCHETTE, MD
92 PARTRIDGE LANDING
GLASTONBURY, CT    06033

SOCIAL SECURITY NUMBER = 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