UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE CONNECTICUT PRISON OVERCROWDING AND AIDS CASES : | MATER FILE NO. H-80-506 (RNC) CIVIL NO. H-88-562 (JGM) |
| DAVID DOE, ET AL. : *PLAINTIFFS*, : | |
| V. : | |
| LARRY MEACHUM, ET AL. : *DEFENDANTS*. : | JUNE 29, 2004 |

### ORDER

Pursuant to ¶ 127 of the Consent Judgment dated November 2, 1990, and the Court's Ruling setting the Hourly Rate for the Agreement Monitoring Panel, dated May 9, 1991, it is hereby ordered that the State of Connecticut shall reimburse the Monitoring Panel Member, Edward A. Blanchette, M.D., in the above-captioned case for services rendered relating to March 6, 2002 through July 8, 2002 site visits, in the amount of $8,487.50, as reflected in the bill submitted by Edward A. Blanchette, M.D.

The State of Connecticut shall pay forthwith Edward A. Blanchette, M.D., the sum of $8,487.50.

SO ORDERED.

Dated at New Haven, Connecticut, this 1st day of July, 2004.

Joan Glazer Margolis
United States Magistrate Judge

# Edward A. Blanchette, MD
SSN 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

PAGE 1

## DOE v. MEACHUM
### AGREEMENT MONITORING PANEL - INVOICE FOR CALENDAR YEAR 2002

| | TOTAL HOURS | HOURLY RATE | TOTAL CHARGE |
|---|---|---|---|
| **March 6, 2002** On-site AMP visit with Dr. Cohen at CRCI....left Glastonbury 7:30 AM toured medical unit, interviewed 6 HIV + inmates in some detail, reviewed pharmacy and med delivery operations, interviewed DOC medical staff including nurse supervisor....traveled to Northern CC and interviewed another HIV + inmate...returned to Glastonbury at 6:30 PM | 11.00 | $175/hr | $1,925.00 |
| **April 18, 2002** On-site AMP visit with Dr. Cohen at Hartford CI.... Left Glastonbury at 8 AM toured medical unit, reviewed contingency medication supply, reviewed about 40 HIV + inmate medical records. Also interviewed medical staff, nursing supervisor, and the medical administrator.... Interviewed 5 HIV+ inmates personally with emphasis on health care delivery issu | 10.00 | $175/hr | $1,750.00 |
| **April 25, 2002** On-site AMP visit with Dr. Cohen at Garner CI....left Glastonbury at 7:30 PM toured medical unit, met with the Warden and Medical Administrator, reviewed 20 HIV + inmate medical charts, reviewed protocols for sick call and emergency medical response, interviewed five HIV+ inmates with emphasis on URC issues, reviewed medication administration and toured the on-site pharmacy and contingency medication supply...returned to Glastonbury at 6:30 | 11.00 | $175/hr | $1,925.00 |
| **July 8, 2002** Hearing with Magistrate Margolis, Assistant Attorney General Couture, Attorney Philip Tegler, and Dr. Cohen....various topics discussed re: compliance with the Doe vs. Meachum Consent Agreement.... URC and pharmacy issues were primarily discussed | 6.50 | $175/hr | ~~$1,050.00~~ $1,137.50 |
| Review of Materials, Telephone Consultations, and discussions with Dr. Cohen to prepare formal AMP Report, review of URC Reports (multiple submissions over the yea | 10.00 | $175/hr | $1,750.00 |

TOTAL BALANCE DUE ~~$8,480.00~~ ~~$8,400.00~~ $8,487.50

PLEASE SEND BALANCE DUE TO THE ADDRESS BELOW:

EDWARD A. BLANCHETTE, MD
92 PARTRIDGE LANDING
GLASTONBURY, CT  06033

SOCIAL SECURITY NUMBER = 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



RICHARD BLUMENTHAL
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

June 29, 2004

RECEIVED

JUN 3 0 2004

CHAMBERS JOAN G. MARGOLIS
U. S. MAGISTRATE JUDGE
NEW HAVEN, CONNECTICUT

Honorable Joan Glazer Margolis
United States Magistrate Judge
United States District Court
141 Church Street
New Haven, CT 06510

**Re:   Payment of Monitoring Panel in
        Doe v. Meachum, H-88-562 (JGM)**

Dear Magistrate Judge Margolis:

    Enclosed for your signature is a draft Order directing payment to Edward A. Blanchette, M.D., for $8,487.50 for services rendered relating to March 6, 2002 through July 8, 2002 site visits, in the above-captioned case.

    I also enclosed the corrected back up billing from Dr. Blanchette requesting payment in connection with ¶ 127 of the Consent Judgment dated November 2, 1990.

    Please return the signed Order and the underlying billing to my attention so that I can process payment for this expert. If I can be of further assistance to the Court regarding the matter of payment to this expert, please do not hesitate to call me.

Very truly yours,

Steven R. Strom
Assistant Attorney General

SRS/bmw

Enclosures