# ATTACHMENT A

**Exhibit # 4**

# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

May 12, 2004



Dear Mr.

We received your letter dated February 12, 2004 and know that you have been trying to contact our office by telephone. We have presented the issue of testosterone gel therapy to Dr. Cohen, the Plaintiff's representative on the Doe monitoring panel. In the past the department has opposed such therapy on the grounds that it constitutes a security measure and is not justified by reasonable standards of medical practice in the community. Dr. Cohen has concurred with this evaluation. However, I will forward your letter to him and ask that he consider your case specifically. As you know, without the support of the monitoring panel, we are unable to obtain successful court intervention. I will notify you when I have a response from Dr. Cohen.

Sincerely,

Brett Dignam
BD/dct

*No response yet; I will follow up.*

P.O. BOX 209090, NEW HAVEN, CONNECTICUT 06520-9090 · TELEPHONE 203 432·4800 · FACSIMILE 203 432·1426
COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CONNECTICUT 06511

Received 3/14/05

# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

March 11, 2005



Re: <u>Doe v. Meachum</u>

Dear Mr. 

I apologize for the long delay in responding to your request that we forward to Dr. Cohen the issue of testosterone therapy.

Dr. Cohen has reviewed your medical record. He reviewed the literature you collected, and he agrees with you that some practitioners do recommend testosterone for a number of the complications of HIV infection. In his opinion, and his practice, however, the only medically substantiated indications for testosterone therapy would be wasting syndrome, with substantial weight loss if other means of stimulating appetite and weight gain failed, and, as treatment for hypogonadism, which would be diagnosed by a low testosterone level. Based on Dr. Cohen's review of your materials and your medical file, his professional medical opinion is that your condition does not fit into either of these categories.

I know that this is disappointing news but without the support of the monitoring panel, it is not possible to convince the court that a particular medical protocol is within the dictates of the decree.

Sincerely,

Brett Dignam
Supervising Attorney

P.O. BOX 209090, NEW HAVEN, CONNECTICUT 06520-9090 · TELEPHONE 203 432-4800 · FACSIMILE 203 432-1426
COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CONNECTICUT 06511